SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01828−MAM

PALANGE et al v. C. R. BARD, INC. et al
Assigned to: HONORABLE MARY A. MCLAUGHLIN
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 04/18/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DONNA R. PALANGE** represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALPHONSE A. PALANGE** represented by **DANIEL N. GALLUCCI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. BARD, INC.**

**Defendant**

**DAVOL, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2008 | Ï 1 | COMPLAINT against C. R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 947635.), filed by DONNA R. PALANGE, ALPHONSE A. PALANGE.(ti, ) (Entered: 04/18/2008) |
| 04/18/2008 | Ï | Summons Issued as to C. R. BARD, INC., DAVOL, INC. Two Originals Forwarded To: Counsel on 4/18/08 (ti, ) (Entered: 04/18/2008) |
| 04/18/2008 | Ï | DEMAND for Trial by Jury by DONNA R. PALANGE, ALPHONSE A. PALANGE. (ti, ) (Entered: 04/18/2008) |
| 06/10/2008 | Ï 2 | Certified Copy of Conditional Transfer Order (CTO−19) from the Judicial Panel on Multidistrict Litigation transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. (gn, ) (Entered: 06/11/2008) |